**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| BRENT ROGERS, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 1:25-CV-109 (LAG) |
| PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., | : | |
| Defendant. | : | |

## ORDER

The Parties have advised the Court that they have settled this case. (Doc. 20). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case as the Parties finalize the settlement agreement at issue. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 9th day of October, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**